NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PRESIDIO COMPONENTS, INC.,**
*Plaintiff-Appellant*

**v.**

**AMERICAN TECHNICAL CERAMICS CORP.,**
*Defendant-Cross-Appellant*

---

2018-2380, 2018-2381

---

Appeals from the United States District Court for the Southern District of California in No. 3:14-cv-02061-H-BGS, Senior Judge Marilyn L. Huff.

---

## JUDGMENT

---

GREGORY F. AHRENS, Wood, Herron & Evans, LLP, Cincinnati, OH, argued for plaintiff-appellant. Also represented by BRETT A. SCHATZ.

RONALD E. CAHILL, Nutter McClennen & Fish LLP, Boston, MA, argued for defendant-cross-appellant. Also represented by HEATHER B. REPICKY; PETER F. SNELL, Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C., New York, NY.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, TARANTO, and STOLL, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

November 13, 2019
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court